UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUCKUS WIRELESS, INC.,<br><br>    Defendant. | Case No. 16-cv-00186-SI<br><br>**ORDER CONTINUING STAY**<br><br>Re: Dkt. No. 98 |
|     v.<br><br>NETGEAR, INC.<br><br>    Defendant. | Case No. 16-cv-00624-SI<br>Re: Dkt. No. 99 |
|     v.<br><br>FORTINET, INC,<br><br>    Defendant. | Case No. 16-cv-00897-SI<br>Re: Dkt No. 75 |
|     v.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | Case No. 16-cv-00558-SI<br>Re: Dkt. No. 80 |

On September 26, 2016, the Court entered an order granting defendants' joint motion to stay these related actions pending *inter partes* review and *ex parte* reexamination proceedings in the USPTO (the "Stay Order"). Dkt. No. 96.[1] On February 6, 2017, pursuant to the Stay Order, the parties filed a joint status report updating the Court on the USPTO proceedings. Dkt. No. 98.

---

[1] Citations to the docket refer to case number 16-cv-00186.

1  Having reviewed the parties' joint status report, the Court hereby continues the stay of
2  these related actions. The parties are directed to file quarterly joint status updates with the Court,
3  beginning on June 1, 2017, until the Court lifts the stay.

**IT IS SO ORDERED**.

Dated: February 16, 2017

_____
SUSAN ILLSTON
United States District Judge