UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIMAR SYSTEMS INC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | Case No. 16-cv-00558-SI<br>and related cases<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

On November 25, 2019, the parties filed their most recent quarterly joint status report. Dkt. No. 102. Based on the parties' status report, the Court hereby finds a stay is no longer appropriate and accordingly ORDERS THE STAY LIFTED on all of these related cases. **A case management conference is set for January 24, 2019 at 3 pm**. The parties shall file a joint case management statement proposing a pre-trial schedule on or before Friday January 17, 2019.

**IT IS SO ORDERED**.

Dated: December 16, 2019

_____
SUSAN ILLSTON
United States District Judge