UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIMAR SYSTEMS INC, et al.,

Plaintiffs,

v.

RUCKUS WIRELESS, INC.,

Defendant.

Case No. 16-cv-00186-SI and related cases

**SCHEDULING ORDER**

After reviewing the parties' joint case management statements and holding the January 24, 2020 case management conference, the Court sets the following dates:

| Deadline | Event |
| --- | --- |
| February 7, 2020 | Chrimar may file an Amended Complaint adding only (1) allegations relating to the ex parte reexamination certificate of the '760 patent and (2) allegations regarding the '825 patent. On the same date, Chrimar shall file corresponding First Amended Infringement contentions (Patent L.R. 3-1), and related document production (Patent L.R. 3-2). |
| February 28, 2020 | Defendants shall file responses to the Amended Complaint. If motions are filed, the briefing schedule is set out below. |

| March 13, 2020 | Chrimar may file its opposition to any motions filed as to the Amended Complaint. |
| --- | --- |
| March 20, 2020 | Defendants may file any replies to said motions. |
| April 3, 2020, 10:00 a.m. | Hearings on any such motions. |
| April 16, 2020, 2:00 p.m. | Case Management Conference. All further dates to be scheduled at that conference. |

**IT IS SO ORDERED**.

Dated: January 30, 2020

_____

SUSAN ILLSTON
United States District Judge